IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MICHAEL DEMETRIUS AMBROSE**                  **PETITIONER**

**v.**                  **CIVIL ACTION NO. 1:15-cv-240-HSO-JCG**

**STATE OF MISSISSIPPI and**
**LEPHER JENKINS, Warden**                  **RESPONDENTS**

## FINAL JUDGMENT

This matter came on to be heard on the Report and Recommendation [15] of United States Magistrate Judge John C. Gargiulo, entered in this case on April 18, 2016.  The Court, after a full review and consideration of the Magistrate Judge's Report and Recommendation [15], the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 17th day of May, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE